IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-246-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MAURICIO ESPINOZA, | ) | |
| | ) | |
| Defendant. | ) | |

Upon that showing made, including defendant's CJA 23 Financial Affidavit, and today's statements of counsel relating to defendant's inability to fund transportation by air a second time from his place of residence in California to New Bern, North Carolina for trial scheduled to begin this morning (trial previously was set to commence April 11, 2013, on which date defendant appeared; however, trial was continued upon motion of the government for failure of a material witness to show), the court finds the interests of justice served by the making of arrangements now for the furnishing of the fare for his immediate transportation. Pursuant to 18 U.S.C. § 4285, the United States Marshals Service shall furnish the fare for the defendant's noncustodial transportation today by air for the purpose of his trial set now to commence tomorrow in New Bern, North Carolina, at 1:00 p.m.

SO ORDERED, this the 3rd day of June, 2013.

LOUISE W. FLANAGAN
United States District Judge