UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Docket No. 5:12-CR-246-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MIRIAM PUENTE | ) | |
|    Material Witness | ) | |

Upon the initial appearance of Miriam Puente in this district after her arrest and release on conditions in the Central District of California, the court HEREBY ADOPTS the conditions of release previously imposed on April 16, 2013, in the arresting district. IT IS FURTHER ORDERED that Ms. Puente appear in court as required.

SO ORDERED, this 4th day of June, 2013.

Louise W. Flanagan
U.S. District Judge