UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-246-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER MODIFYING CONDITIONS** |
| v. | ) | **OF BOND TRAVEL** |
| | ) | |
| MAURICIO ESPINOZA | ) | |

This matter comes before the Court by motion of the United States to modify the conditions of bond to ensure the appearance of the material witness, Miriam Puente, at the September 16, 2013, trial in the above-captioned matter. Counsel for Miriam Puente has reviewed the proposed modifications and has no objections. The United States Marshals Service is also aware of, and consents to, the proposed modifications.

Accordingly, for good cause shown, it is hereby ordered that the conditions of release in this matter are modified as follows:

1. Miriam Puente is permitted to travel with her son, M. J. Espinoza, to the Eastern District of North Carolina for trial;

2. Miriam Puente is directed to contact Michelle Scott, the Victim/Witness Coordinator for the United States Attorney's Office for the Eastern District of North Carolina, no later than August 16, 2013, to make flight arrangements for herself and her son. The flight shall be

scheduled to ensure Miriam Puente's presence in New Bern, North Carolina on or before Saturday, September 14, 2013;

3. The United States Marshals are ordered to escort Miriam Puente, along with her son, to her departure gate in California;

4. Miriam Puente and her son shall be transported from the airport in New Bern, North Carolina, to her hotel in New Bern, North Carolina, by Michelle Scott with the United States Attorney's Office who will be accompanied by a federal law enforcement officer.

5. Miriam Puente is directed to immediately advise her counsel and Michelle Scott if she and her son miss any of the connecting flights between California and New Bern, North Carolina, so that alternative arrangements can be made promptly.

It is further ordered that all other conditions of release remain in effect.

SO ORDERED, this the 14th day of June, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge