UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-246-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER TERMINATING |
| v. ) | CONDITIONS OF RELEASE |
| ) | OF MATERIAL WITNESS |
| MIRIAM PUENTE ) | |
| (Material Witness) ) | |

This matter comes before the Court by motion of the United States for the termination of the conditions of release of Material Witness Miriam Puente. The Court previously placed the Material Witness on conditions of release to ensure her appearance at the trial in *United States v. Espinoza*, No. 5:12-CR-246-1FL. On August 8, 2013, Defendant Mauricio Espinoza entered a guilty plea to both charges in the Indictment. As such, the reasons for the previously imposed conditions no longer exist.

Accordingly, it is ordered that the conditions of release previously imposed upon Material Witness Miriam Puente be terminated immediately.

SO ORDERED THIS ___12th___ DAY OF AUGUST, 2013.

_____
HONORABLE LOUISE W. FLANAGAN
United States District Court Judge